IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VIRGINIA VILLAREAL, on behalf of herself and all other individuals similarly situated, known and unknown, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>EL CHILE, INC., CALETA, INC., CALETILLA, INC., ROQUETA, INC., TIMOTEO MANJARREZ, and MARIA ESTELA MANJARREZ<br><br>　　　　　　Defendants. | Case No.　07 C 1656<br><br>Magistrate Judge Gilbert |

## JUDGMENT ORDER

This matter coming before the Court on Plaintiff's Motion to Enforce the Parties' Stipulation of Settlement, and Other Relief, for Defendants' failure to make required installment payments in accordance with the Parties' Stipulation of Settlement, it is hereby Ordered that:

1. Plaintiffs are awarded judgment against all Defendants, jointly and severally, in the amount of $70,000;

2. Class Counsel may initiate citation proceedings against all Defendants to collect this judgment. Class Counsel shall hold all amounts collected in escrow pending further proceedings of this Court.

3. Once the full amount of $70,000 has been collected on behalf of the Class, Class Counsel shall petition this Court for a hearing to facilitate Notice of the Settlement to all Class Members in accordance with the terms of the Parties' Stipulation of Settlement.

4. Status hearing set for 8/28/12 at 9:45 a.m.

ENTERED: 4/30/12

_____
Hon. Jeffrey T. Gilbert
United States District Court